IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Case. No. 4:21-CR-136 |
| v. | |
| | |
| JOHN RICHARD STIDOLPH and | DISMISSAL AS TO |
| LORA LEE STIDOLPH | LORA LEE STIDOLPH |
| | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Southern District of Iowa hereby dismisses the indictment in the above-captioned case as to defendant, LORA LEE STIDOLPH, without prejudice.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

　/s/　Rachel J. Scherle　
Rachel J. Scherle
Assistant United States Attorney

LEAVE OF COURT IS HEREBY GRANTED TO FILE THE ABOVE DISMISSAL.

　June 6, 2022　
Date

Hon. Rebecca Goodgame Ebinger
United States District Judge